FILED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CINTHYA SMITH, <br><br> Defendant. | Case No. 23-CR-2067-TWR <br><br> **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** <br><br> The Honorable Todd W. Robinson |

The United States of America's Motion (ECF No. 26) to Dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 1/10/24

Honorable Todd W. Robinson
United States District Judge